# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-11-00169-CV

**Tyrone Rasberry and Brenda Rasberry, Appellants**

**v.**

**Texas Department of Family and Protective Services, Appellee**

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 126TH JUDICIAL DISTRICT
NO. D-1-FM-10-000506, HONORABLE RHONDA HURLEY, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellants' briefs were due in this Court on October 3, 2011. On November 16, 2011, this Court sent notice to Tyrone Rasberry's counsel, Robert Galvin, and Brenda Rasberry's counsel, John M. Sigman, that their briefs were overdue and that if we did not receive from counsel a satisfactory response to this notice on or before November 28, 2011, a hearing before the district court would be ordered. As of this date, counsel have not filed briefs or responded to this Court's notice.

The appeal is abated. The district court shall conduct a hearing to determine whether Tyrone Rasberry or Brenda Rasberry desire to prosecute this appeal and whether appointed counsel have abandoned the appeal. *See* Tex. R. App. P. 38.8(b)(2); *see also In re T.V.*, 8 S.W.3d 448, 449-50 (Tex. App.—Waco 1999, no pet.) (applying Rule 38.8(b) to suit involving termination of parental rights). The court shall make appropriate findings and recommendations. A record from

this hearing, including copies of all findings and orders and a transcription of the court reporter's notes, shall be forwarded to the clerk of this Court for filing as a supplemental record no later than February 23, 2012.  *See* Tex. R. App. P. 38.8(b)(3).

Before Chief Justice Jones, Justices Pemberton and Rose

Abated

Filed:   January 25, 2012